UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANNY BRACE,<br><br>　　　　　Defendant. | No. 2:24-cv-02457-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 4) |

  Plaintiff Raghvendra Singh proceeds *pro se* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On October 28, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to Plaintiff's failure to allege subject matter jurisdiction. (Doc. No. 4.) Further, the magistrate judge found that "granting [P]laintiff leave to amend would be futile" because Plaintiff has filed several complaints in this court that have been dismissed for failure to state a claim and lack of subject matter jurisdiction. (*Id*. at 3.) Accordingly, the magistrate judge recommended Plaintiff's complaint be dismissed without leave to amend. (*Id.*)

  The magistrate judge's findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the

date of service. (*Id.* at 3–4.) On November 5, 2024, Plaintiff filed objections to the pending findings and recommendations. (Doc. No. 5.)

In his objections, Plaintiff does not meaningfully address the magistrate judge's findings and recommendations. Instead, Plaintiff merely states that his complaint should not be dismissed because he has alleged a cause of action based on "conspiracy with government." (*Id.*) Notably, Plaintiff does not proffer any allegations he would include in an amended complaint to address the deficiencies identified in the findings and recommendations, namely the failure to state a cognizable claim that would give rise to this court's subject matter jurisdiction. For these reasons, the undersigned finds that granting Plaintiff leave to amend his complaint would be futile.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 28, 2024 (Doc. No. 4) are ADOPTED in full;

2. Plaintiff's complaint is dismissed without leave to amend; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 3, 2025**

Dena Coggins
United States District Judge

2